# EXHIBIT 4



# STOP HARASSMENT ORDER

from the Genesis II Church of Health and Healing

4-21-20

**To: Mr. Matthew J. Feeley**

    Asst. U.S. Attorney

    Florida Bar No. 0012908

    99 N.E. 4th Street, Suite 300

    Miami, Florida 33132-2111

    Tel.: 305.961.9235/Fax: 305.530-7139

    Email: Matthew.Feeley@usdoj.gov


**Judge Kathleen M. Williams**

Wilkie D. Ferguson, Jr. United States Courthouse

400 North Miami Avenue

Room 11-3

Miami, Florida 33128

**Chambers** (305) 523-5540

**Mr. Donald D. Ashley**, Director, Office of Compliance, Center for Drug Evaluation and Research, Food and Drug Administration **E-mail:** https://www.fda.gov/about-fda/center-drug-evaluation-and-research-cder/donald-d-ashley

**Mr. Richard A. Quaresima**, Acting Associate Director, Division of Advertising Practices Federal Trade Commission

**And all those that are participating in this harassment at the FDA, FTC and DOJ**

This letter serves as documentation of a pattern of harassing activities that began on April 8th, 2020 by the FDA in a letter titled - **Unapproved and Misbranded Products Related to Coronavirus Disease 2019 (COVID-19)** then followed by a **Complaint by the DOJ - UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA CASE NO.: 1:20CV21601 UNITED COMPLAINT FOR PRELIMINARY AND PERMANENT INJUNCTION** and finished with a TRO from the DOJ - **UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA CASE NO: 1:20CV21601 UNITED STATES OF AMERICA SEALED TEMPORARY RESTRAINING ORDER April 17, 2020**

Be it known to all of you listed that these above mentioned documents are all based on false premises that I responded to in the FDA Warning Letter and the Genesis II Church is NOT bound to obey any of them due to the 1st Amendment Religious Rights we possessed as a Sovereign Free Church. You disregarded my first response and went forward with a complaint and now a TRO which are ALL GROSS Negligent Violations of the 1st Amendment.

As a result of your harassment we have suffered in the following ways:

- **Substantial harm to Church donations**
- **Substantial harm to our reputation**
- **Substantial harm to personal character**

- **Emotional Stress**
- **Fear among family members effected**
- **Causing slander and libel against the G2Church worldwide**

This letter is notice to all you named above that you must immediately **STOP Harassing the Genesis II Church period.**

We demand that you STOP Harassing us immediately, if NOT obeyed then the Genesis II Church will demand the compensation of **$5,000 U.S. daily** from each participant named above **for the suffering we are experiencing due to this harassment.**

**Note:** If these unfounded accusations and orders are dropped, we will drop our demand and if not and no relief from the DOJ we will go to INTERNATIONAL COURTS for relief.

Written on this day, April 21. 2020

In the name of the Lord Jesus Christ,

Bishop Mark S. Grenon

Bishop Jonathan D. Grenon

Bishop Joseph T. Grenon

Bishop Jordan P. Grenon